IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: DBSI Inc., et al. | : | |
| Debtor. | : | |
| | | Civil Action No. 12-1216 GMS |
| | | Bankruptcy Case No. 08-12687 |
| WAVETRONIX, LLC, | : | |
| | | AP No. 10-55592 |
| Appellant, | : | |
| v. | : | |
| CONRAD MYERS, et al, | : | |
| Appellees. | : | |

ORDER

At Wilmington this _10th_ day of July, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **August 12, 2013.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE